In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-002 CR


____________________



DAVID WAYNE MAYES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 86601






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, David Wayne Mayes, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed
by appellant personally and attached to a motion presented by counsel of record. No
opinion has issued in this appeal. The motion is granted and the appeal is therefore
dismissed.

 APPEAL DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered February 15, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney, and Horton, JJ.